# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN ALLAN LAYNE,** | ) | Civil Action No. 7:12-cv-00189 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KELLEY JENKINS, <u>et al.</u>,** | ) | **By:** **Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that plaintiff is **GRANTED** leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>; plaintiff's complaint is

**DISMISSED without prejudice** for failing to state a claim upon which relief may be granted,

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket

of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

Entered: April 30, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge